IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANNA M. SAGE,

    Plaintiff,

                                    Civil No. 4:15-CV-11244

v.

CAROLYN W. COLVIN,             DISTRICT JUDGE BERG
ACTING COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____/

## **J U D G M E N T**

In accordance with the Order Reversing and Remanding Case Under Sentence Four for Further Administrative Proceedings Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

                                                      s/Terrence G. Berg
                                                      TERRENCE G. BERG
                                                      UNITED STATES DISTRICT JUDGE

Dated:    August 31, 2015
              Flint, Michigan